IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME JOHNSON | : CIVIL ACTION |
| | : |
| v. | : NO. 24-309 |
| | : |
| SUPERINTENDENT BOOHER, THE DISTRICT ATTORNEY OF THE CITY OF PHILADELPHIA, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : : : : |

## ORDER

AND NOW, this 31st day of March 2025, upon careful review of Petitioner's pro se Petition (ECF 1), the Respondents' Response (ECF 8), Petitioner's Traverse (ECF 14), finding no basis for an evidentiary hearing or a certificate of appealability, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **DISMISS AND DENY** the Petition for writ of habeas corpus (ECF 1) with prejudice;

2. **DENY** a certificate of appealability and finding no need for an evidentiary hearing; and,

3. **DIRECT** the Clerk of the Court **close** this case.

_____
KEARNEY, J.